# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RONALD BIRCHLER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:16-cv-1024-TMP |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiff and defendant have filed a joint stipulation of dismissal. (Doc. 11). The parties have informed the court that all claims have been resolved. Accordingly, all claims are hereby DISMISSED WITH PREJUDICE, and each party shall bear his or its own costs, except as otherwise agreed between the parties.

**DONE** and **ORDERED** on September 21, 2016.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE